[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 23, 2009
THOMAS K. KAHN
CLERK

No. 08-16222
Non-Argument Calendar

_____

D. C. Docket No. 08-22014-CV-UUB

LILITH ALLEN,

Plaintiff-Appellant,

versus

ROYAL CARIBBEAN CRUISES, LTD.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 23, 2009)

Before EDMONDSON and PRYOR, Circuit Judges, and CAMP,[*] District Judge.

PER CURIAM:

_____

[*] Honorable Jack T. Camp, United States District Judge for the Northern District of Georgia, sitting by designation.

After a thorough review of the briefs and the record, and after hearing oral argument, we **AFFIRM** based on the well-reasoned opinion of the district court.